**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

| | |
|---|---|
| In Re: Debtor(s)<br>**Paul Richard Nored Jr.**<br>3511 Hamilton Creek Trail<br>Buford, GA 30519<br><br>xxx−xx−3539<br><br>**Aislynn Ariel Nored**<br>3511 Hamilton Creek Trail<br>Buford, GA 30519<br><br>xxx−xx−8504 | Case No.: **25−61342−sms**<br>Chapter: **7**<br>Judge: **Sage M. Sigler** |

**DISCHARGE OF DEBTOR(S) WITH ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, CLOSING ESTATE AND DISCHARGING TRUSTEE**

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Bankruptcy Code, (the Bankruptcy Code).

It further appears that the trustee in the above styled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

**ORDERED** that the said estate is closed; that the Trustee is discharged from and relieved of said trust.

_____
Sage M. Sigler
United States Bankruptcy Judge

Dated: January 9, 2026

Form 182

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION
REGARDING THE BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

FORM 182 continued

## EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [In a case involving community property: There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

This discharge does not affect any property of the estate as defined by section 541 of the Bankruptcy Code, and the automatic stay of section 362(a) of the Bankruptcy Code continues to apply to any property of the estate unless and until the automatic stay has been terminated by order of the court or expires pursuant to section 362(c) of the Bankruptcy Code. Such property remains subject to administration by the trustee on behalf of the bankruptcy estate.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**This Bankruptcy Discharge is an important document that you should retain in the event a copy is needed in the future. If you request a copy from the Clerk's Office at a later date, you will be required to pay a fee.**

United States Bankruptcy Court

Northern District of Georgia

In re:  
Paul Richard Nored, Jr.  
Aislynn Ariel Nored  
    Debtors

Case No. 25-61342-sms  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113E-9      User: bncadmin      Page 1 of 5  
Date Rcvd: Jan 09, 2026      Form ID: 182      Total Noticed: 77

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paul Richard Nored, Jr., 3511 Hamilton Creek Trail, Buford, GA 30519-7321 |
| jtdb | + | Aislynn Ariel Nored, 3511 Hamilton Creek Trail, Buford, GA 30519-7321 |
| cr | + | True North Property Owner A, LLC, The Totten Firm, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30350 UNITED STATES 30338-4154 |
| 25499820 | + | Amazon.com, Corporation Service Copmany, 300 Deschutes Way SW, Suite 208, Olympia, WA 98501-7719 |
| 25499841 | | Esusu, Attn: Bankruptcy Dept, 200 Broadway, 3rd Floor, Suite 209, New York, NY 10038 |
| 25499842 | + | Extra, Attn: Bankruptcy, 150 Sutter Street, P.O. Box 372, San Francisco, CA 94104-0372 |
| 25499853 | + | Indebted - Zip/Quad Pay, PO Box 1201, Farmington, MO 63640-4128 |
| 25499867 | + | Navy Federal Credit Union, P. O. Box 3503, Merrifield, VA 22119-3503 |
| 25499872 | + | Pregressive Auto Insurance, The Progressive Corporation, 300 North Commons Blvd, Cleveland, OH 44143-1589 |
| 25499874 | + | Salon Suites a La Mode, 4155 S Lee Street, Buford, GA 30518-3649 |
| 25499879 | + | Sunbit Financial, Sunbit, Inc., Attn: Bankruptcy, Po Box 24010, Los Angeles, CA 90024-0010 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jan 10 2026 01:12:00 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Jan 10 2026 01:12:00 | Bridgecrest Credit Company, LLC, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 25499819 | | Email/Text: cs@aldouslegal.com | Jan 09 2026 20:30:00 | Aldous & Associates, PO Box 171374, Salt Lake City, UT 84117 |
| 25499821 | | Email/Text: collectors@arresourcesinc.com | Jan 09 2026 20:29:00 | AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 25499818 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 09 2026 20:48:57 | Affirm, Inc., 650 California Street, 12th Floor, San Francisco, CA 94108-2716 |
| 25603606 | | Email/PDF: bncnotices@becket-lee.com | Jan 09 2026 20:38:40 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 25499823 | | EDI: BANKAMER | Jan 10 2026 01:12:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 25499822 | + | EDI: BANKAMER | Jan 10 2026 01:12:00 | Bank of Ameica, PO Box 15026, Wilmington, DE 19850-5026 |
| 25499824 | + | EDI: TSYS2 | Jan 10 2026 01:12:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 25499825 | + | Email/Text: rm-bknotices@bridgecrest.com | Jan 09 2026 20:31:00 | Bridgecrest Acceptance Corp, Po Box 53087, Suite 100, Phoenix, AZ 85072-3087 |
| 25499826 | + | EDI: CAPITALONE.COM | | |

| District/off: 113E-9 | User: bncadmin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jan 09, 2026 | Form ID: 182 | Total Noticed: 77 |

| | | | |
|---|---|---|---|
| 25499827 | + EDI: CAPITALONE.COM | Jan 10 2026 01:12:00 | Cap1/kohls Dept Store, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 25499828 | + EDI: CAPITALONE.COM | Jan 10 2026 01:12:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 25499829 | + EDI: JPMORGANCHASE | Jan 10 2026 01:12:00 | Capital One, P. O. Box 30281, Salt Lake City, UT 84130-0281 |
| 25499830 | + Email/Text: omx-bnc-bk-notices@chime.com | Jan 10 2026 01:12:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 25499831 | + Email/Text: bankruptcy@cfcu.org | Jan 09 2026 20:30:00 | Chimefinal, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 25499832 | + EDI: PHINGENESIS | Jan 09 2026 20:29:00 | Community Finacial Credit Union, 500 S Harvey St, Plymouth, MI 48170-1759 |
| 25499833 | + EDI: CITICORP | Jan 10 2026 01:12:00 | Concora Credit, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 25499834 | + Email/Text: bankruptcy@credencerm.com | Jan 10 2026 01:12:00 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 25499835 | + Email/Text: ebnnotifications@creditacceptance.com | Jan 09 2026 20:31:00 | Credence Resource Management, LLC, Attn: Bankruptcy, Po Box 2300, Southgate, MI 48195-4300 |
| 25499836 | + EDI: CCS.COM | Jan 09 2026 20:29:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 25499837 | + Email/PDF: creditonebknotifications@resurgent.com | Jan 10 2026 01:12:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 25499838 | + Email/Text: bankruptcynotices@current.com | Jan 09 2026 20:38:27 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 25499840 | + EDI: DTEE.COM | Jan 09 2026 20:30:00 | Current, Attn: Bankruptcy, 217 Centre St #180,, New York, NY 10013-3624 |
| 25499839 | + EDI: MAXMSAIDV | Jan 10 2026 01:12:00 | DTE Energy, 3200 Hobson Street, Detroit, MI 48201-2927 |
| 25499843 | + EDI: BLUESTEM | Jan 10 2026 01:12:00 | Dept Of Ed/aidvantage, Po Box 300001, Greenville, TX 75403-3001 |
| 25499844 | + EDI: BLUESTEM | Jan 10 2026 01:12:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 25499845 | + EDI: AMINFOFP.COM | Jan 10 2026 01:12:00 | Fingerhut Fetti/Webbank, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 25499846 | + Email/Text: gfslegal@gatewayfinancial.org | Jan 10 2026 01:12:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 25499847 | Email/Text: argbsref@geico.com | Jan 09 2026 20:30:00 | Gateway Financial Solutions, PO Box 3257, Saginaw, MI 48605-3257 |
| 25499848 | + EDI: GADEPTOFREV.COM | Jan 09 2026 20:30:00 | Geico, One Geico Plaza, Bethesda, MD 20810-0001 |
| 25499849 | + Email/Text: G2GPCCU@southernco.com | Jan 10 2026 01:12:00 | Georgia Department of Revenue, Bankruptcy, 2595 Century Parkway NE, Suite 339, Atlanta, GA 30345-3173 |
| 25499850 | Email/Text: reports@halstedfinancial.com | Jan 09 2026 20:31:00 | Georgia Power Company, 333 Piedmont Ave NE, Fl 10th, Atlanta, GA 30308-3374 |
| 25499851 | + Email/Text: HWIBankruptcy@hunterwarfield.com | Jan 09 2026 20:29:00 | Halsted Financial Services, Post Office Box 828, Skokie, IL 60076 |
| | | Jan 09 2026 20:30:00 | Hunter Warfield, Attention: Bankruptcy, 4620 Woodland Corporate Blvd, Tampa, FL 33614-2415 |

| | | | | |
|---|---|---|---|---|
| 25499852 | + | EDI: LCIICSYSTEM | Jan 10 2026 01:12:00 | IC Systems, Inc, Attn: Bankruptcy, 444 Hwy 96 East, St. Paul, MN 55127-2557 |
| 25499854 | | EDI: IRS.COM | Jan 10 2026 01:12:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 25499858 | | Email/Text: support@kovocredit.com | Jan 09 2026 20:29:00 | Kovo Inc, Attn: Bankruptcy, 9450 Sw Gemini Dr, Suite 87907, Beaverton, OR 97008 |
| 25499855 | + | EDI: CAPITALONE.COM | Jan 10 2026 01:12:00 | Khols/Capital One, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 25499856 | + | Email/Text: bankruptcy.us@klarna.com | Jan 09 2026 20:30:00 | Klarna, 800 N High Street Ste 400, Columbus, OH 43215-1430 |
| 25499857 | + | Email/Text: inchargehq@westcreekfin.com | Jan 09 2026 20:31:00 | Koalafi, Attn: Bankruptcy, Po Box 5518, Glen Allen, VA 23058-5518 |
| 25499859 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 09 2026 20:38:28 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 25499860 | + | Email/Text: financeadmin@mdg.com | Jan 09 2026 20:29:00 | MDG USA, Inc./Capital Community Bank, Attn: Bankruptcy, 3422 Old Capitol Trail, Pmb# 1993, Wilmington, DE 19808-6124 |
| 25499861 | + | Email/Text: Treas-Bankruptcy@michigan.gov | Jan 09 2026 20:31:00 | Michigan Dept of Treasury, Office of Collection, PO Box 30199, Lansing, MI 48909-7699 |
| 25499863 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 09 2026 20:30:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 25499864 | + | Email/Text: bankruptcy@moneylion.com | Jan 09 2026 20:31:00 | MoneyLion, Inc, Attn: Bankruptcy Dept, P.O. Box 1547, Sandy, UT 84091-1547 |
| 25499865 | + | EDI: NFCU.COM | Jan 10 2026 01:12:00 | NAVY FCU, Attn: Bankruptcy, P.O.Box 3000, Merrifield, VA 22119-3000 |
| 25499866 | + | EDI: NFCU.COM | Jan 10 2026 01:12:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 25499868 | + | Email/Text: collect@onedetroitcu.org | Jan 09 2026 20:30:00 | One Detroit Credit Union, Attn: Bankruptcy Dept, Po Box 32584, Detroit, MI 48232-0584 |
| 25499869 | + | Email/Text: bankruptcy-incoming-mails@one.app | Jan 09 2026 20:30:00 | Onepay/ccb, Po Box 513717, Los Angeles, CA 90051-3717 |
| 25499870 | | Email/Text: bankruptcies@penncredit.com | Jan 09 2026 20:29:00 | Penn Credit, Attn: Bankruptcy, 2800 Commerce Dr, Harrisburg, PA 17110 |
| 25499871 | | EDI: PRA.COM | Jan 10 2026 01:12:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 25499873 | | Email/Text: ProsperBK@prosper.com | Jan 09 2026 20:30:00 | Prosper Funding, Llc, Attn: Bankruptcy Dept, 221 Main Street, Ste 300, San Francisco, CA 94105 |
| 25540727 | + | Email/Text: bknotices@progressresidential.com | Jan 09 2026 20:31:00 | Progress Residential, 2658 Holcomb Bridge Rd, Suite 118, Alpharetta, GA 30022-6822 |
| 25499875 | | Email/Text: bankruptcy@self.inc | Jan 09 2026 20:29:00 | Self Financial/lead Ba, 901 E. 6th Street, Austin, TX 78702 |
| 25499876 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Jan 09 2026 20:29:00 | Sezzle, Attn: Bankruptcy, 700 Nicollet Mall, Suite 640, Minneapolis, MN 55402 |
| 25499877 | | Email/Text: hello@sparrowcard.com | Jan 09 2026 20:30:00 | Sparrow Financial Inc/, 9450 Sw Gemini Drive, Beaverton, OR 97008 |
| 25499862 | | Email/Text: UIA-Bankruptcy@michigan.gov | Jan 09 2026 20:29:00 | Michigan Unemployment Agency, PO Box 169, Grand Rapids, MI 49501 |
| 25499878 | + | Email/Text: dl-csgbankruptcy@charter.com | Jan 09 2026 20:31:00 | Spectrum, 4145 S Falkenburg Road, Riverview, FL 33578-8652 |

| District/off: 113E-9 | User: bncadmin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 09, 2026 | Form ID: 182 | Total Noticed: 77 |

| | | | | |
|---|---|---|---|---|
| 25499879 | ^ MEBN | | Jan 09 2026 20:28:18 | Sunbit Financial, Sunbit, Inc., Attn: Bankruptcy, Po Box 24010, Los Angeles, CA 90024-0010 |
| 25499880 | + Email/Text: bankruptcy.notices@sunrisebanks.com | | Jan 09 2026 20:29:00 | Sunrise Banks, Attn: Bankruptcy, 2525 Wabash Avenue, St. Paul, MN 55114-1020 |
| 25499881 | Email/Text: collections@transformcredit.com | | Jan 09 2026 20:29:00 | Transform Credit Inc, Attn: Bankruptcy, 1440 W Taylor St #431, Chicago, IL 60607 |
| 25499882 | ^ MEBN | | Jan 09 2026 20:25:19 | Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |
| 25499883 | + Email/Text: accountservicing@trueaccord.com | | Jan 09 2026 20:29:00 | True Accord, 16011 College Blvd Suite 130, Lenexa, KS 66219-9877 |
| 25499884 | + Email/Text: accountservicing@trueaccord.com | | Jan 09 2026 20:29:00 | Trueaccord C, 16011 College Blvd, Lenexa, KS 66219-1366 |
| 25500064 | Email/Text: USAGAN.Bankruptcy@usdoj.gov | | Jan 09 2026 20:30:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 25499885 | + EDI: VERIZONCOMB.COM | | Jan 10 2026 01:12:00 | Verizon Wireless, Attn: Bankruptcy Department, P.O.Box 408, Newark, NJ 07101-0408 |
| 25499886 | EDI: COMCASTCBLCENT | | Jan 10 2026 01:12:00 | Xfinity/Comcast, P.O. Box 2127, Norcross, GA 30091-2127 |

TOTAL: 67

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2026                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Cathy L. Scarver | trusteescarver@bellsouth.net ga06@ecfcbis.com;papc1@bellsouth.net;mark@markalavicpa.com |
| Matthew Franklin Totten | on behalf of Creditor True North Property Owner A LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Michael F. Burrow | on behalf of Debtor Paul Richard Nored Jr. court@legalatlanta.com, |

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 5 of 5 |
| Date Rcvd: Jan 09, 2026 | Form ID: 182 | Total Noticed: 77 |

        burrowlaw4812@gmail.com;BurrowDR76543@notify.bestcase.com

Michael F. Burrow

        on behalf of Joint Debtor Aislynn Ariel Nored court@legalatlanta.com
        burrowlaw4812@gmail.com;BurrowDR76543@notify.bestcase.com

Office of the United States Trustee
        ustpregion21.at.ecf@usdoj.gov

TOTAL: 5